UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2017 JUN 29  A 8: 29

CLERK _____
         _____ DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Case No. 4:17-cr-044 |
| ) | |
| MASON BURBANK          ) | |

## ORDER TO DISMISS INDICTMENT

The motion of the Government for an order dismissing, without prejudice, the indictment is GRANTED.

The indictment is hereby dismissed without prejudice.

So ORDERED, this 28 day of June 2017.

_____
HON. LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA