IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 417-44 |
| | ) | |
| v. | ) | |
| | ) | |
| MASON BURBANK | ) | |

<u>ORDER</u>

The Defendant has filed a motion for a Hearing and for reconsideration of dismissal without prejudice (Dkt. 42). After reviewing the motion and record in this case, Defendant's motion is hereby DENIED.

So ORDERED, this 30 day of April, 2018.

———————————————————
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA